FILE COPY



# CAUSE NO. 12-14-00305-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **JIMMY DESHAWN MOSLEY, JR., APPELLANT** | } | **APPEALED FROM 2ND DISTRICT** |
| **V.** | } | **COURT IN AND FOR** |
| **THE STATE OF TEXAS, APPELLEE** | } | **CHEROKEE COUNTY, TEXAS** |

## ORDER

Came on for consideration the Appellant's Pro Se Motion for Access to Appellate Record in the above-referenced cause, and it appearing that Appellant's counsel has filed an _Anders_ brief herein and that Appellant has been unable to examine the record so that he can file a pro se brief, it is hereby ORDERED that the trial court ensure that Appellant has the opportunity to fully examine the appellate record on or before **April 17, 2015**, and it is FURTHER ORDERED that the trial court notify this Court in writing as to the date or dates upon which the appellate record was made available to Appellant and the amount of time for which Appellant had access to the record on each date. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

**WITNESS THE HONORABLE JAMES T. WORTHEN**, Chief Justice, Court of Appeals District, Tyler, Texas.

**GIVEN UNDER MY HAND AND SEAL OF OFFICE** at Tyler, Texas, this 18th day of March 2015, A.D.

Respectfully yours,

CATHY S. LUSK, CLERK



By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk